UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA HERNANDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>   Defendant. | Case No. 22-cv-01201-HSG<br><br>**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Re: Dkt. No. 7 |

The parties' stipulation, Dkt. No. 7, is **GRANTED**, and all proceedings now pending in this Court are hereby **STAYED** pending the completion of arbitration. The parties are further **DIRECTED** to file a status report with the Court every 120 days from the date of this order and notify the Court within 48 hours of the completion of arbitration. The Court shall retain jurisdiction to confirm the arbitration award and enter judgment, if any, for purposes of enforcement. Defendant's Motion to Dismiss at Docket No. 5 is **TERMINATED AS MOOT** in light of this Order.

**IT IS SO ORDERED.**

Dated: March 16, 2022

HAYWOOD S. GILLIAM, JR.
United States District Judge