1  Richard L. Gillespie, Bar No. 275519
   rgillespie@littler.com
2  Nicholas Gioiello, Bar No. 318418
   ngioiello@littler.com
3  LITTLER MENDELSON, P.C.
   Treat Towers
4  1255 Treat Boulevard
   Suite 600
5  Walnut Creek, California 94597
   Telephone:   925.932.2468
6  Fax No.:     925.946.9809

7  Attorneys for Defendant
   SECURITAS SECURITY SERVICES USA, INC.
8

9  DANIEL L. FEDER, Bar No.130867
   daniel@dfederlaw.com
10 LAW OFFICES OF DANIEL FEDER
   235 Montgomery Street, Suite 1019
11 San Francisco, CA 94104
   Telephone:   (415) 391-9476
12 Fax No.:     (415) 391-9432

13 Attorneys for Plaintiff
   SONIA HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA HERNANDEZ, an individual, | Case No. 4:22-cv-01201-HSG |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AND PROPOSED ORDER** |
| SECURITAS SECURITY SERVICES USA, INC., and DOES 1 through 50 inclusive, | **PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| Defendant. | Complaint Filed: January 20, 2022 |

1   IT IS HEREBY STIPULATED by and between Plaintiff Sonia Hernandez ("Plaintiff"), acting
2   through her attorney of record Daniel Feder, and Defendant SECURITAS SECURITY SERVICES
3   USA, INC. ("Defendant"), acting by and through its attorney of record Richard Gillespie, that the
4   Complaint, and all claims for relief therein, shall be dismissed in its entirety, with prejudice of this
5   action, pursuant to FRCP 41(a)(1)(A)(ii).
6   IT IS FURTHER STIPULATED and agreed that, each party to this litigation shall bear his/its
7   own costs and attorney's fees incurred.

Dated: March 7, 2023

LITTLER MENDELSON, P.C.

Richard Gillespie
Nicholas Gioiello

Attorneys for Defendant
SECURITAS SECURITY SERVICES USA, INC.

Dated: March 2, 2023

THE LAW OFFICES OF DANIEL FEDER

Daniel Feder

Attorney for Plaintiff
SONIA HERNANDEZ

JOINT STIPULATION TO DISMISS
COMPLAINT WITH PREJUDICE              1                    CASE NO. 4:22-CV-01201-HSG
PURSUANT TO RULE 41(a)(1)(A)(ii)

# ORDER

On March 23, 2023, the parties filed a joint stipulation dismissing the action with prejudice. In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated**: 3/9/2023

_____
DISTRICT JUDGE

4855-3082-5557.1 / 056919-1120